FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0424

OLD HICKORY CONSTRUCTION, INC., a )
North Carolina Corporation, )
     )
     )
         Plaintiff, )
       v. )
     )
     )
BVLT, INC., f/k/a BITTERROOT VALLEY )
LOG & TIMBER, INC., a Montana Corporation; )
and STEVEN MILLER, an individual, )
     )
         Defendants and Appellants, )
     )
     )
BVLT, INC., f/k/a BITTERROOT VALLEY )
LOG & TIMBER, INC., a Montana Corporation )
and STEVEN MILLER, an individual, )
     )
         Third Party Plaintiffs, )
     )
     )
       v. )
     )
ARTHUR L. TURNER, ROBYN S. TURNER, )
and MONTANA CUSTOM LOG HOMES, )
INC., )
     )
         Third Party Defendants. )
     )

**ORDER OF DISMISSAL WITH PREJUDICE**

1

MONTANA CUSTOM LOG HOMES, INC., )
                                   )

           Counterclaimant, )

                                   )

   v. )

STEVE MILLER, )

       Counterclaim Defendant. )

TIMOTHY BRIGHTMAN and KAREN )
BRIGHTMAN, )

      Plaintiffs and Appellees, )

   v. )

ARTHUR TURNER, individually, and )
MONTANA CUSTOM LOG HOMES, INC., a )
Montana Corp., BVLT, INC., f/k/a Bitterroot )
Valley Log & Timber, Inc., and STEVE )
MILLER, )

      Defendants. )

Upon review of the Stipulation for Dismissal with Prejudice and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice and each party is to bear their own expense.

DATED this _____ day of _____, 2020.

By:_____

13863/10 (lhm)
L:\WDDOCS\DOCS\CLIENTFL\13863\010\ORD\01003806.WPD
cc:    William V. Ballew
      Jane E. Cowley
      Tim E. Dailey

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020